UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAWAN SINGH KUMAR,

              Petitioner,

v.

NATHALIE ASHER, et al.,

              Respondents.

Case No. C12-887-RSM

**ORDER OF DISMISSAL**

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's motion to dismiss, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's habeas corpus petition (Dkt. No. 1) is **DENIED**, respondent's motion to dismiss (Dkt. No. 8) is **GRANTED**, and this action is **DISMISSED** with prejudice.

(3) The Clerk shall send a copy of this Order to the parties, and to Judge Tsuchida.

DATED this 30 day of July 2012.

                                                  RICARDO S. MARTINEZ
                                                  UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL- 1